UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

```
UNITED STATES OF AMERICA,        )
                                 )    1:94-CR-5359 MDC
                                 )
              Plaintiff,         )    NEW CASE NUMBER:
                                 )
       v.                        )    1:94-CR-5359 OWW
                                 )
MAURICE DESHAY PRICE,            )
                                 )
                                 )    ORDER REASSIGNING CASE
              Defendant.         )
                                 )
_____  )
```

A motion pursuant to 18 USC 3582(c)(2) having been filed in the matter, it is ordered that this case be reassigned from the docket of United States District Judge M. D. Crocker to the docket of United States District Judge Oliver W. Wanger.

The hearing which was set for April 21, 2008, before Judge Ishii is re-set for April 21, 2008, at 9:00 a.m. before Judge Wanger in Courtroom Three.

IT IS SO ORDERED.

**Dated:    March 21, 2008**                    /s/ Oliver W. Wanger
                                            UNITED STATES DISTRICT JUDGE