# UNITED STATES DISTRICT COURT
for the

EASTERN District of CALIFORNIA

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| MAURICE DESHAY PRICE | ) | Case No:  1:94CR5359 |
| | ) | USM No:  56703-097 |
| Date of Previous Judgment:  February 20, 1996 | ) | David Porter, Asst. Federal Defender |
| (Use Date of Last Amended Judgment if Applicable) | ) | Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of   X  the defendant   ☐  the Director of the Bureau of Prisons   ☐  the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
   ☐ DENIED.    X  GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of  210  months **is reduced to**  168 months  .

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

| | | | | |
|---|---|---|---|---|
| Previous Offense Level: | 36 | Amended Offense Level: | 34 | |
| Criminal History Category: | II | Criminal History Category: | II | |
| Previous Guideline Range: | 210 to 262 months | Amended Guideline Range: | 168 to 210 months | |

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**

X  The reduced sentence is within the amended guideline range.
☐  The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐  Other (explain):

**III. ADDITIONAL COMMENTS**



Except as provided above, all provisions of the judgment dated  2/20/1996  shall remain in effect.
**IT IS SO ORDERED**.

Order Date:  April 21, 2008                                    /s/ OLIVER W. WANGER
                                                                                   Judge's signature

Effective Date:  _____                                 Oliver W. Wanger, U. S. District Judge
               (if different from order date)                         Printed name and title