Prob 12B

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

## PETITION TO MODIFY THE CONDITIONS OR TERM OF SUPERVISION
## WITH CONSENT OF THE OFFENDER
*(Probation Form 49, Waiver of Hearing, is on file)*

| | |
|---|---|
| **Offender Name:** | MAURICE DESHAY PRICE |
| **Docket Number:** | 1:94CR05359 |
| **Offender Address:** | Fresno, California |
| **Judicial Officer:** | Honorable Oliver W. Wanger<br>Senior United States District Judge<br>Fresno, California |
| **Original Sentence Date:** | 02/20/1996 |
| **Original Offense:** | **Count 1**: 21 USC 841(a)(1)&846, Attempted Sale of Cocaine Base<br>**Count 2**: 21USC841(a)(1), Distribution of Cocaine Base<br>**Count 3**: 21USC841(a)(1), Possession With Intent to Distribute Cocaine Base<br>(CLASS A FELONIES) |
| **Original Sentence:** | 210 months BOP; 60 months TSR; $150 SA; mandatory drug testing |
| **Amended Sentence:** | 04/21/2008; Sentenced reduced to 168 months BOP |
| **Special Conditions:** | 1) Search; 2) Drug/Alcohol Treatment; 3) Co-Payment |
| **Type of Supervision:** | Supervised Release |
| **Supervision Commenced:** | 04/22/2008 |
| **Assistant U.S. Attorney:** | Kevin Rooney    **Telephone:** (559) 497-4000 |
| **Defense Attorney:** | David Porter    **Telephone:** (559) 487-5561 |

RE: **MAURICE DESHAY PRICE**
 Docket Number: 1:94CR05359
 **PETITION TO MODIFY THE CONDITIONS OR TERM**
 **OF SUPERVISION WITH CONSENT OF THE OFFENDER**

**Other Court Action:**

04/28/2008: Conditions modified to include a program of testing (i.e. breath, urine, sweat patch, etc,) to determine if he reverted to the use of drugs or alcohol.

---

## PETITIONING THE COURT

**To modify the conditions of supervision as follows:**

1. As directed by the probation officer, the defendant shall participate in a program of outpatient mental health treatment.

**Justification:** Supervised release commenced April 22, 2008. The defendant was arrested on January 21, 2009, by the Fresno Police Department for an alleged battery of his ex-spouse. The matter is set to be heard in Superior Court on April 15, 2009. This officer contacted the victim, Latanya Smith, concerning the allegation. Ms. Smith reported the event was "blown out of proportion" by the responding officer. In regard to the circumstances that led to the event, Ms. Smith stated she and the defendant had a disagreement regarding a vehicle they purchased together, which led to both parties wrestling for the vehicle keys. Ms. Smith indicated the defendant is a good father and she did not perceive the incident being a domestic violence issue.

The defendant tested positive for marijuana on multiple occasions during the months of December 2008 and January 2009. This officer received a quantitation analysis from Kroll Laboratories that suggests the usage may have been on or around December 22, 2008.

A review of the case reflects the defendant is presently employed by Fresno County In-Home Services and he cares for his father who suffers from Parkinson's disease. The defendant recently obtained an apartment. This officer met with the defendant regarding his conduct, at which time he reported he has an anger management issue and is willing to participate in counseling in an effort to attain coping skills. In addition, all subsequent drug test results have been negative for drug use.

RE: **MAURICE DESHAY PRICE**
  Docket Number:  1:94CR05359
  <u>PETITION TO MODIFY THE CONDITIONS OR TERM
  OF SUPERVISION WITH CONSENT OF THE OFFENDER</u>

On February 26, 2009, the defendant signed a "Waiver of Hearing to Modify Conditions of Supervised Release" (attached) agreeing to mental health treatment in lieu of appearing before the court for a hearing where this officer would have been making that recommendation. Further, this officer has increased the defendant's sessions of substance abuse counseling and personal contacts with this officer in an effort to deter further drug use and to address relapse. Lastly, this officer will advise the Court of the disposition of the pending state matter.

Respectfully submitted,

/s/ Rick C. Tarazon

**RICK C. TARAZON**
**United States Probation Officer**
Telephone:  (559) 499-5700

**DATED:**   03/13/2009
  Fresno, California
  RCT


**REVIEWED BY:**   /s/ Hubert J. Alvarez
  **HUBERT J. ALVAREZ**
  **Supervising United States Probation Officer**

RE: MAURICE DESHAY PRICE
Docket Number: 1:94CR05359
**PETITION TO MODIFY THE CONDITIONS OR TERM**
**OF SUPERVISION WITH CONSENT OF THE OFFENDER**

---

**THE COURT ORDERS:**

( X ) Modification approved as recommended.

(  ) Modification not approved at this time. Probation Officer to contact Court.

(  ) Other:

IT IS SO ORDERED.

Dated: __March 18, 2009__         _____/s/ Oliver W. Wanger_____
                                  UNITED STATES DISTRICT JUDGE